**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-2331**

_____

DANIEL J. EARNSHAW,

                                    Plaintiff - Appellant,

        versus

BARBARA E. JACKSON,

                                    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-96-
1101-AMD)

_____

Submitted:  September 25, 1997      Decided:  October 20, 1997

_____

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Daniel J. Earnshaw, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Lawrence Paul Fletcher-Hill, Assistant Attorney
General, Margaret Witherup Tindall, OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Although we note that dilution of legitimate votes can result in a violation of the "one person, one vote" principle and offend the Equal Protection Clause, see, e.g., Daly v. Hunt, 93 F.3d 1212 (4th Cir. 1996), we agree with the district court that Appellant failed to state a claim of dilution. Accordingly, we affirm substantially on the reasoning of the district court. Earnshaw v. Jackson, No. CA-96-1101-AMD (D. Md. Aug. 13, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2